UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDY LEE BARAO,<br><br>　　　　　　　　Plaintiff<br><br>　v.<br><br>STATE OF NEVADA PAROLE BOARD, et al.,<br><br>　　　　　　　　Defendants | Case No. 2:22-cv-02119-APG-BNW<br><br>ORDER |

**I.　DISCUSSION**

On December 27, 2022, this Court issued an order granting Plaintiff until February 27, 2023, to either pay the full $402 filing fee for a civil action or to submit a fully complete application to proceed *in forma pauperis* with all three required documents. (ECF No. 3). Due to an internal docketing issue, it is unclear to the Court whether Plaintiff received the last order. The Court *sua sponte* issues Plaintiff an extension of time to either pay the full filing fee or submit an application to proceed *in forma pauperis.* Plaintiff has until April 7, 2023, to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents.

**II.　CONCLUSION**

It is therefore ordered that Plaintiff has **until April 7, 2023**, to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a

complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Barao the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and a copy of the December 27, 2022, order (ECF No. 3).

The Clerk of the Court will also send a one-time courtesy copy of this order and attachments to Plaintiff at Southern Desert Correctional Center.[1]

DATED: March 6, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.